IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| RUDY GONZALES,<br>    TDCJ NO. 02285701,<br><br>    Plaintiff,<br><br>VS.<br><br>WILLIAM R. BRADLEY, ET AL.,<br><br>    Defendants. | CIVIL ACTION NO.<br><br>3:24-CV-3207-G-BN |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. No objections were filed. The District Court reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

**SO ORDERED**.

June 26, 2025.

_____
**A. JOE FISH**
**Senior United States District Judge**